IN THE SUPREME COURT OF THE STATE OF DELAWARE

THE BANCORP BANK, N.A.,
INTERACTIVE
COMMUNICATIONS
INTERNATIONAL, INC. and
INCOMM FINANCIAL SERVICES,

    Defendants-Below,
    Appellants/Cross Appellees,

    v.

RUSSELL S. ROGERS,

    Plaintiff-Relator-Below,
    Appellee/Cross Appellant.

§
§
§ No. 38, 2023
§
§ Court Below—Superior Court
§ of the State of Delaware
§
§ C.A. No. N18C-09-240
§
§
§
§
§
§
§
§

Submitted: October 18, 2023
Decided: December 11, 2023

Before **SEITZ**, Chief Justice; **VALIHURA**, **TRAYNOR**, **LEGROW** and **GRIFFITHS**, Justices.

## <u>ORDER</u>

This 11th day of December 2023, after careful consideration of the parties' briefs and the record below, and following oral argument, we find it evident that the judgment of the Superior Court should be affirmed on the basis of and for the reasons stated in the Memorandum Opinion and Order dated January 3, 2023.

NOW, THEREFORE, IT IS ORDERED that the judgment of the Superior Court is AFFIRMED.

BY THE COURT:

*/s/ Collins J. Seitz, Jr.*
Chief Justice